IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG SANFORD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRACEWELL & GUILIANI, LLP,<br><br>    Defendant. | CIVIL ACTION<br>NO. 13-1205 |

**<u>ORDER</u>**

**AND NOW**, this 19th day of March 2014, upon consideration of Defendant's Motion to Stay Pending Arbitration (Doc. No. 3), Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Stay Pending Arbitration (Doc. No. 7), Defendant's Reply to Plaintiffs' Opposition to the Motion to Stay Pending Arbitration (Doc. No. 11), Defendant's Supplemental Memorandum in Support of its Motion to Stay Pending Arbitration (Doc. No. 15), Plaintiffs' Memorandum of Law at the Request of the Court's Order of June 17, 2013 (Doc. No. 21), Defendant's Memorandum of Law Regarding the Standards for Arbitrability Determinations (Doc. No. 22), Defendant's Supplemental Brief in Support of its Motion to Stay Pending Arbitration (Doc. No. 32), Plaintiffs' Supplemental Memorandum in Further Opposition to Motion to Compel Arbitration regarding the Attorney-Client Relationship Between the Defendant and Mary Jo Sanford (Doc. No. 33), Defendant's Reply Brief in Support of its Motion to Stay Pending Arbitration (Doc. No. 34), and the arguments of counsel and testimony at the hearings held on May 2, 2013, July 15, 2013, July 31, 2013, and September 18, 2013, it is **ORDERED** as follows:

1. Defendant's Motion to Stay Pending Arbitration (Doc. No. 3) is **GRANTED IN PART** and **DENIED IN PART**.  It is **GRANTED** as to Craig Sanford and **DENIED** as to Mary Jo Sanford.

2. Within thirty (30) days from the date of this Order, Plaintiff Craig Sanford may file for arbitration in accordance with the terms of the Engagement Letter.  If Plaintiff Craig Sanford does not do so within the thirty (30) day period, his claims against Defendant Bracewell & Guiliani will be dismissed.  He is **ORDERED** to notify this Court on the record whether he has pursued his claims against Defendant Bracewell & Guiliani in arbitration within the thirty (30) day period.  If he does file for arbitration, his claims in this case will be stayed pending the outcome of arbitration.

3. It is further **ORDERED** that Defendant Bracewell & Guiliani shall file an Answer to the Complaint only in regard to Mary Jo Sanford within twenty (20) days of the date of this Order.  Thereafter, a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure will be scheduled.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.