IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG SANFORD and<br>MARY JO SANFORD,<br><br>            Plaintiffs,<br><br>      v.<br><br>BRACEWELL, LLP,<br><br>            Defendant. | CIVIL ACTION<br>NO. 13-1205 |

### ORDER

**AND NOW**, this 27th day of June 2017, upon consideration of Defendant's Motions to Dismiss Pursuant to Rule 41(b) (Doc. Nos. 47, 68), Plaintiffs' Motion for Approval of Arbitration Order No. 1 and to Lift the Stay for Purposes Stated in the Order (Doc. No. 48), Plaintiffs' Response (Doc. No. 50), Defendant's Response (Doc. No. 51), Defendant's Reply (Doc. No. 53), Plaintiffs' Response (Doc. No. 72), Defendant's Reply (Doc. No. 73), Plaintiffs' Supplemental Response (Doc. No. 77), and hearings held on the Motions on November 21, 2016 and February 21, 2017 respectively (See Doc. Nos. 56, 58, 65-66), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. The Court will withhold ruling on Defendant's Motions to Dismiss (Doc. Nos. 47, 68) and Plaintiffs' Motion for Approval of Arbitration Order No. 1 (Doc. No. 48).

2. Plaintiffs shall have twenty-one (21) days to return to arbitration and pay the required fees as determined by the arbitration panel, including the deposit of $2,500 for Arbitrator Crane's fees. Plaintiffs must pay the initial deposit of $2,500 and any other required fees on or before **July 18, 2017**.

3. If Plaintiffs fail to do so, Defendant should notify the Court and the Motions to Dismiss (Doc. Nos. 47, 68) will be granted, and Plaintiffs' Motion (Doc. No. 48) will be denied.

4. The Clerk of Court shall place this case in suspense pending notification by Defendant.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.